452 A.2d 44

Clark v. Fry, Appellant.

Argued November

9, 1981. Charles F. Gilchrest, for appellant; Thomas T. Frampton, for appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgments affirmed.